DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

OSWALDO ORSINI PULVET,

Appellant,

V.

STATE OF FLORIDA,

Appellee.

NO. 2D2024-2941
_____

March 27, 2026

Appeal from the Circuit Court for Pinellas County; Joseph Anthony
Bulone, Judge.

J. Jervis Wise of Brunvand and Wise Law Group, Clearwater, for
Appellant.

James Uthmeier, Attorney General, and William A. Leto, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.

        Affirmed.

LUCAS, C.J., and KELLY, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.